**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Bk. No. 20-10027-BAH |
| | Chapter 7 |
| Kelly Thompson, | |
|        Debtor | |
| | |
| Kelly Thompson, | |
|        Plaintiff | |
| v. | Adv. No. 20-1016-BAH |
| | |
| United States Department of Education, | |
|        Defendant | |

## ORDER

The Court has before it an Assented-To Motion for Order Amending Pretrial Scheduling Order and to Continue Final Pretrial Conference (Doc. No. 63) (the "Motion") wherein the United States indicates that the parties' settlement has fallen through. With the Plaintiff's assent, the United States requests that the final pretrial conference be continued and that the deadline for filing a final pretrial statement be extended. It appears from the docket that discovery closed in June 2021, and that the only remaining deadline in the amended pretrial order is the filing of a pretrial statement.

Therefore, the Motion is hereby granted in part and denied in part. The Court will hold the final pretrial conference on <u>February 16, 2022, at 1:30 p.m.</u> as scheduled. The deadline for filing a final pretrial statement is hereby suspended pending the hearing. At the hearing, the Court will set a deadline for filing the final pretrial statement, schedule this matter for trial, and address any other issues that the parties wish to address.

ENTERED at Concord, New Hampshire.

Date:   February 4, 2022         <u>/s/ Bruce A. Harwood</u>
                                                    Bruce A. Harwood
                                                    Chief Bankruptcy Judge